PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Amended Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Vaughn Cottman          **Docket Number:** 06-00125-001
                                                                    **PACTS Number:** 44930

**Name of Sentencing Judicial Officer:** HONORABLE ROBERT B. KUGLER
                                                                      UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/16/07; Amended: 07/31/08; Final Sentence: 01/11/12

**Original Offense:** Conspiracy to Distribute More than 5 Grams of Cocaine Base, in Violation of 21 U.S.C. § 846

**Original Sentence:** Imprisonment - 175 months; Supervised Release - 4 years; Fine - $1,000; Amended Sentence: Imprisonment- 100 months; Final Sentence: Imprisonment - 84 months; Supervised Release - 4 years; Fine $1,000.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 07/11/2012

**Assistant U.S. Attorney:** Jason Richardson, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Lisa Evan-Lewis, 840 Cooper Street, Suite 350, Camden, New Jersey 08102, (856) 757-5341

---

## PETITIONING THE COURT

**THIS PETITION SUPERSEDES THE ORIGINAL PETITION OF 2/18/14, TO MODIFY THE NARRATIVE OUTLINED IN VIOLATION NUMBER 1 AND THE ADDITION OF VIOLATION NUMBERS 2 AND 3.**

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   To amend the Narrative in Violation Number 1 and the addition of Violation Numbers 2 and 3.

[
The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On February 12, 2014, Cottman was arrested by the Atlantic County Prosecutor's Office, and charged with Possession of a Controlled Dangerous Substance (Cocaine), in violation of N.J.S.A. 2C:35-10A(1), a crime of the third degree. A crime of the third |

PROB 12C - Page 2
Vaughn Cottman

degree shall be sentenced between three and five years imprisonment.

Cottman was also charged with Knowingly Distributing a Controlled Dangerous Substance, namely Cocaine, in an amount under one half-ounce, in violation of N.J.S.A. 2C: 35-5-5B(3), a crime of the third degree. A crime of the third degree shall be sentenced between three and five years imprisonment.

Cottman was also charged with Distributing, Dispensing or Possessing Within 500 feet of a Certain Public Property, in violation of N.J.S.A. 2C:35-7.1A, a crime of the second degree. A crime of the second degree shall be sentenced between five and ten years imprisonment.

According to the investigation report prepared by the Atlantic City Prosecutor's Office, law enforcement received information regarding a black male known as "Vaughn" who is selling large amounts of crack cocaine from his apartment #338 at 28 S. Georgia Avenue in Atlantic City, New Jersey. They had also obtained a cellular phone for "Vaughn" to contact him from a confidential informant. "Vaughn" was described as a lighted skinned black male, in his early 30's, heavyset, long dread locked hair, and some tattoos on his arms. On February 14, 2014, law enforcement officers from the Atlantic County Prosecutor's Office Gangs, Guns and Narcotics Unit met with the confidential informant, who placed a telephone call to "Vaughn" at (609) 453-0146. (This is the same number that Cottman provided to the U.S. Probation Officer as his cellular phone number. The undersigned officer directly contacted the offender on this number on numerous occasions). "Vaughn" stated that he was "not around" and to "holler at Missy" in room #338 of 28 S. Georgia Avenue, Atlantic City, New Jersey. This phone call was recorded.

Prior to leaving the briefing location, the confidential informant and his/her property was searched for contraband and currency with negative results. Law enforcement provided the confidential informant with $10 in confidential funds to purchase the crack cocaine and an audio/video recording device.

Law enforcement maintained constant visual surveillance of the confidential informant as he/she approached 28 S. Georgia Avenue and he/she did not stop or meet with anyone en route to the purchase location. Law enforcement watched the confidential informant enter the residence and exit two minutes later, at which time he/she returned to the debriefing location. Upon returning, the confidential informant provided law enforcement with the suspected crack cocaine. Law enforcement searched the confidential informant and his/her property for contraband and currency with negative results. The confidential informant was debriefed and advised that he/she met "Missy" at 28 S. Georgia Avenue, apartment # 338. "Missy" was described as a lighted skinned black female, in her late 40's, skinny build, missing teeth. "Missy" was wearing a dark winter jacket over a red hooded sweat shirt with blue jeans. The confidential informant stated that "Missy" gave him/her the crack cocaine. The confidential informant handed "Missy" $10 in Atlantic County Prosecutor's Office confidential funds.

At the completion of the operation, the narcotics evidence described as one plastic baggie containing a white rock like substance was field tested and confirmed positive results for cocaine. The narcotic evidence had an approximate package weight of .1 gram.

PROB 12C - Page 3
Vaughn Cottman

On February 18, 2014, members of the Atlantic County and Atlantic City SWAT teams executed four court approved "No Knock" search warrants at the Hotel Casino rooming house, 28 South Georgia Avenue in Atlantic City, New Jersey, Rooms S-1, 109, 121, and 338. Upon making entry and securing each room, the rooms were turned over to members of the Atlantic County Prosecutor's Office Gangs, Guns and Narcotics Unit. Cottman was located in room S-1. After his arrest, Cottman was interviewed by law enforcement. Cottman was read his Miranda Rights and stated that he understood and indicated that he desired to speak with law enforcement. Cottman stated that he used to stay with Martha Walker off and on, in room 338. Cottman related that he used to be in a dating relationship with Walker. Cottman advised that he is currently unemployed. Cottman admitted to selling crack cocaine out of the Hotel Casino rooming house in $10 bags for the past 5 to 6 months. Cottman stated that he gets a "quarter" (approximately 7 grams) of crack cocaine for $250 to $300 from his supplier. Cottman stated that it takes him about 5 to 6 days to sell that amount of crack cocaine.

According to the Atlantic County Prosecutor's Office, the charges are pending presentation to the Grand Jury in April 2014.

Cottman posted bail on these charges and was released to the federal detainer related to his violation of supervised release.

2. The offender has violated the standard supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

   According to the arrest reports, Cottman and Walker were associating and by his own admission spending time together. Walker is a convicted felon, and in fact, named as a related case in the offender's federal Presentence Report. Furthermore, Walker is also under supervision with the U.S. Probation Office in the District of New Jersey.

3. The offender has violated the mandatory supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $1,000.00; it shall be paid in the following manner: The fine shall be paid in monthly installments of no less than $25.**'

   The offender has not made any payments on his fine since February 21, 2013.

   I declare under penalty of perjury that the foregoing is true and correct.

   By: Christine M. Rennie
   U.S. Probation Officer
   Date: 04/08/14

PROB 12C - Page 4
Vaughn Cottman

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[X] To amend the Narrative in Violation Number 1 and the addition of Violation Numbers 2 and 3.

_____
Signature of Judicial Officer

4-14-2014